# UNITED STATES COURT OF INTERNATIONAL TRADE

THE GOVERNMENT OF QUÉBEC,

                Plaintiff,

    and

MARMEN INC., MARMEN ÉNERGIE
INC., MARMEN ENERGY CO.,

                Consolidated Plaintiffs,

    and

THE GOVERNMENT OF CANADA,

                Plaintiff-Intervenor,

        v.

THE UNITED STATES,

                Defendant,

    and

WIND TOWER TRADE COALITION,

                Defendant-Intervenor,

    and

THE GOVERNMENT OF ONTARIO,

                Defendant-Intervenor.

Before:  Gary S. Katzmann, Judge
Consol. Court No. 20-00168

## JUDGMENT

    This case having been submitted for decision, and the court, after due deliberation, having

rendered an opinion; now, in conformity with that opinion, it is hereby

**ORDERED** that Plaintiff the Government of Québec's motion for judgment on the agency record is **DENIED**; and it is further

**ORDERED** that Consolidated Plaintiffs Marmen Inc., Marmen Énergie Inc., and Marmen Énergie Co.'s motion for judgment on the agency record is **DENIED**; and it is further

**ORDERED** that Plaintiff-Intervenor the Government of Canada's motion for judgment on the agency record is **DENIED**; and it is further

**ORDERED** that Defendant-Intervenor Wind Tower Trade Coalition's motion for judgment on the agency record is **DENIED**; and it is further

**ORDERED** that that Commerce's final results, as set out in Utility Scale Wind Towers from Canada: Final Affirmative Countervailing Duty Determination and Final Negative Determination of Critical Circumstances, 85 Fed. Reg. 40,245 (July 6, 2020), P.R. 401, are **SUSTAINED**.

/s/  Gary S. Katzmann
Gary S. Katzmann, Judge

Dated: March 18, 2022
        New York, New York